USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/21/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LAWRENCE YOUNG, *on behalf of himself and all other persons similarly situated*,

                        Plaintiff,

-v-

EXCEEDING EXPECTATIONS, INC.,

                        Defendant.
-----------------------------------------------------------------X

1:19-cv-9244-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

      In the Court's order dated October 15, 2019, Dkt. No. 6, the parties were directed to submit a joint status letter and proposed case management plan to the Court no later than January 20, 2020. The Court has not received either the joint letter or the proposed case management plan. The parties were also directed to participate in mediation at least two weeks prior to the initial pretrial conference. Dkt. No. 5.

      The parties are directed to comply with the Court's October 15, 2019 order forthwith. Plaintiff is directed to serve a copy of this order on Defendant and retain proof of service.

      SO ORDERED.

Dated: January 21, 2020
New York, New York

                                              GREGORY H. WOODS
                                            United States District Judge